UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
BARNETT S. SALZMAN, et al.,    ) 1: 01-CV-05990-REC-SMS
                               )
             Plaintiffs,       ) ORDER VACATING HEARING ON
    v.                         ) PLAINTIFF'S COUNSEL'S MOTION TO
                               ) WITHDRAW AND DEEMING MOTION
COUNTY OF FRESNO, et al.,      ) SUBMITTED ON THE PAPERS (DOC. 68)
                               )
             Defendants.       )
                               )
_____)
```

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion of Plaintiff's counsel Donald R. Warren and Phillip E. Benson to withdraw as Plaintiff's attorney is a matter that may appropriately be submitted upon the record and briefs.

Accordingly, the hearing on the motion, presently set for May 16, 2005, IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:   May 17, 2005**                    **/s/ Sandra M. Snyder**

1

1  icido3                    UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28