```
Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300
```

Attorneys for Defendants
FRESNO COUNTY and THE FRESNO COUNTY
HUMAN HEALTH SYSTEM

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
2005 JUN 27 A 10: 07
CLERK, US DIST COURT
EASTERN DIST OF CALIF
BY_____
       DEPUTY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES and THE STATE OF CALIFORNIA ex rel. DR. BARNETT S. SALZMAN and DR. JEROME R. LANCE;, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY and THE FRESNO COUNTY HUMAN HEALTH SYSTEM, and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. CIV-F-01-5990 REC-SMS <br><br> **STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by the parties hereto that defendants COUNTY OF FRESNO, and THE FRESNO COUNTY HUMAN HEALTH SYSTEM are granted an extension of time in which to answer or otherwise respond to plaintiff DR. BARNETT S. SALZMAN's Complaint to and including July 11, 2005. *All other plaintiffs (UNITED STATES and THE STATE OF CALIFORNIA ex rel., and DR. JEROME R. LANCE) have been dismissed in this action.*

Dated: June 15, 2005

McCORMICK, BARSTOW, SHEPPARD
WAYTE & CARRUTH LLP

By: /s/ Michael G. Woods
　　　Michael G. Woods
Attorneys for Defendants
FRESNO COUNTY and THE FRESNO
COUNTY HUMAN HEALTH SYSTEM

Dated: June 17, 2005

/s/ Christer P. Onneflod
Christer P. Onnefold
Attorney for Plaintiff DR. BARNETT S.
SALZMAN

## ORDER

Based on the stipulation of all parties hereto and good cause appearing therefore:

IT IS HEREBY ORDERED defendants COUNTY OF FRESNO, and THE FRESNO COUNTY HUMAN HEALTH SYSTEM are granted an extension of time to and including July 11, 2005, in which to answer or otherwise respond to plaintiff DR. BARNETT S. SALZMAN's Complaint on file herein.

Dated: 6/27/05

The Honorable Sandra M. Snyder
United States Magistrate Judge

00002/00007-835270.v1

2

ORDER EXTENSION OF TIME TO RESPOND TO COMPLAINT CIV-F-01-5990 REC-SMS