| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Christer P. Onneflod<br>Law Offices of Christer P. Onneflod<br>1530 E. Shaw Ave, Suite 111<br>Fresno, CA 93710 | 559-229-1910 | **LODGED**<br>JUL 27 2005<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY CLERK | **FILED**<br>2005 JUL 27 P 3:30<br>CLERK, US DIST. COURT<br>EASTERN DIST. OF CALIF<br>AT FRESNO<br>BY_____ DEPUTY |

ATTORNEY FOR *(Name)*: Plaintiff, Dr. Barnett Salzman
NAME OF COURT: U.S. District Court
STREET ADDRESS: 1130 O Street
MAILING ADDRESS:
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME:
CASE NAME: Dr. Barnett S. Salzman, et al vs. Fresno County et al

**SUBSTITUTION OF ATTORNEY - CIVIL**
**(Without Court Order)**

CASE NUMBER: CV-F-01-5990 REC-SMS

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name)*: Dr. Barnett Salzman   makes the following substitution:

1. **Former legal representative**   ☐ Party represented self   ☒ Attorney *(name)*: Christer P. Onneflod
2. **New legal representative** ☒ Party is representing self*   ☐ Attorney
   a. Name: Dr. Barnett Salzman        b. State Bar No. *(if applicable)*:
   c. Address *(number, street, city, ZIP, and law firm name, if applicable)*: 3222 W. Menlo
      Fresno, CA 93711

   d. Telephone No. *(include area code)*: 559 970-6431
3. The party making this substitution is a   ☒ plaintiff  ☐ defendant  ☐ petitioner  ☐ respondent  ☐ other *(specify)*:

---

***NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

A party representing himself or herself may wish to seek legal assistance. Failure to take time and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: July 22, 2005

   Dr. Barnett Salzman
   (TYPE OR PRINT NAME)                           ► /s/ Dr. Barnett Salzman
                                                   (SIGNATURE OF PARTY)

5. ☒ I consent to this substitution.
   Date: July 22, 2005                            Christer P. Onneflod
                                                   ►
   Law Offices of Christer P. Onneflod
   (TYPE OR PRINT NAME)                           (SIGNATURE OF FORMER ATTORNEY)

6. ☒ I accept this substitution.  **It is so Ordered.** Dated: July 27, 05
   Date: July 22, 2005
   Dr. Barnett Salzman                            ► /s/ Dr. Barnett Salzman
       (TYPE OR PRINT NAME)
                   United States District Judge  (proof of service by mail)
                                                   (SIGNATURE OF NEW ATTORNEY)

Form Adopted by the
Judicial Council of California
MC-050 [New January 1, 1996]
Mandatory Form

**SUBSTITUTION OF ATTORNEY - CIVIL**

Legal Solutions Plus

Code of Civil Procedure, § § 284(1), 285
Cal. Rules of Court, rule 376

| CASE NAME: Dr. Barnett S. Salzman, et al vs. Fresno COunty et al | CASE NUMBER: CV-F-01-5990 REC-SMS |
|---|---|

# PROOF OF SERVICE BY MAIL
## Substitution of Attorney - Civil

**Instructions**: *After having all parties served by mail with the Substitution of Attorney - Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney - Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

2. I served the Substitution of Attorney - Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing:  (2) Place of mailing *(city and state)*: Fresno, CA

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: July 27, 2005

   Vanessa Zarate
   (TYPE OR PRINT NAME)                                       ▶ *Vanessa Zarate*
                                                                  (SIGNATURE)

## NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Michael Woods
   b. Address *(number, street, city, and ZIP)*: McCormick Barstow Sheppard Wyate & Carruth
      P.O. Box 28912, 5 River Park Place East, Fresno, CA 93720-1501

   c. Name of person served:
   d. Address *(number, street, city and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

   [ ] List of names and addresses continued in attachment.

MC-050 [New January 1, 1996]     **SUBSTITUTION OF ATTORNEY - CIVIL**     Page two