IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES and THE STATE OF CALIFORNIA ex re. DR. BARNETT S. SALZMAN, et al., <br><br> Plaintiff, <br><br> vs. <br><br> FRESNO COUNTY, et al., <br><br> Defendant. | No. CV-F-01-5990 REC/SMS <br><br> ORDER GRANTING PLAINTIFF SALZMAN'S MOTION FOR 30 DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND CONTINUING ORAL ARGUMENT ON MOTION TO DISMISS FROM AUGUST 22, 2005 TO MONDAY, OCTOBER 3, 2005 AT 1:30 P.M. |

On August 15, 2005, plaintiff Dr. Barnet Salzman, proceeding <u>in pro per</u>, filed a request for a 30 day continuance of defendants' motion to dismiss because plaintiff is recovering from acute hemorrhagic pneumonitis and is not yet medically cleared to return to work.

The court grants plaintiff's request and continues oral argument on defendants' motion to dismiss from Monday, August 22, 2005 to Monday, October 3, 2005 at 1:30 p.m.

///

1

IT IS SO ORDERED.

**Dated:  August 18, 2005**                                  **/s/ Robert E. Coyle**
668554                                                       UNITED STATES DISTRICT JUDGE